# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>            Plaintiff, )<br>       v. )<br>  )<br>LARRY A. LORENO, et al., )<br>  )<br>            Defendants. ) | No. 1:10-cv-183-SJM |

## O R D E R

AND NOW, to wit, this 10th Day of June, 2013, this Court having considered the Motion for Default Judgment [32] and supporting memorandum filed on behalf of the Plaintiff, United States of America, and there being no filings in opposition to said motion by any of the Defendants against whom default judgment is being sought,

IT IS THEREFORE ORDERED that the Motion for Default Judgment [32] filed on behalf of the United States of America shall be, and hereby is, GRANTED and Judgment shall be entered in accordance with Fed. R. Civ. P. 58(a) against Defendants Mercer County Tax Claim Bureau, Greenville Borough, Commonwealth of Pennsylvania Department of Revenue, Crawford County Tax Claim Bureau, Darlene A. Loreno.

                                        s/   Sean J. McLaughlin
                                              SEAN J. McLAUGHLIN
                                              Chief United States District Judge

cm:   All counsel of record.