# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 1:10-cv-183-SJM |
| v. ) | |
| ) | |
| LARRY A. LORENO, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF JUDGMENT

AND NOW, to wit, this 10th Day of June, 2013, this Court having entered an Order granting the Motion for Default Judgment [32] filed on behalf of the Plaintiff, United States of America,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. Defendants Mercer County Tax Claim Bureau, Greenville Borough, Commonwealth of Pennsylvania Department of Revenue, and Crawford County Tax Claim Bureau do not have an interest in the real and personal property at issue in this action; and

2. Defendant Darlene A. Loreno shall be, and hereby is, precluded from preventing the sale of the subject real and personal property and from asserting any defense in this case.

           s/  Sean J. McLaughlin

             SEAN J. McLAUGHLIN
             Chief United States District Judge

cm: All counsel of record