IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )    1:10-cv-183
      v.                     )
                             )
LARRY A. LORENO, et al.,     )
                             )
            Defendants.      )

## MEMORANDUM ORDER

This Order effectuates a finding that Larry A. Loreno is in civil contempt of court. On November 26, 2014, the Court issued a Memorandum Opinion and Order which held, in relevant part:

> Larry A. Loreno is hereby adjudged in civil contempt of court. A bench warrant shall be issued for Loreno's arrest and imprisonment, beginning on December 8, 2014 and continuing until he has fully complied with his discovery obligations. Loreno may purge the civil contempt by providing full and complete responses to the discovery requests made by the government, as set forth in the government's status report (ECF No. 93). Counsel for the government shall advise the Court immediately when Loreno is in full compliance.

The finding of civil contempt followed extensive proceedings, which need not be recounted herein.

On December 2, 2014, attorney Raymond Bartholomew filed DEFENDANT LORENO'S REPORT UNDER ORDER OF NOVEMBER 20, 2014 (ECF No. 95). The Report provides details regarding a sale of real estate that, purportedly, could be used to satisfy a large percentage of Loreno's federal tax liability, which has been reduced to Judgment. In the last paragraph of the Report, Loreno's attorney "request[s] that the contempt proceedings and post-judgment discovery proceedings be held in abeyance pending the result of these sale efforts."

On December 4, 2014, the government filed the UNITED STATES' RESPONSE TO THE DEFENDANT'S DECEMBER 2, 2014 REPORT (ECF No. 96). The government strongly opposes any delay of Loreno's obligation to provide complete responses to its discovery

requests. The United States points out that the information contained in the December 2 Report is contrary to the information previously provided by Loreno, and is inconsistent with the representations made in Court on November 20th by attorney Bartholomew. The United States reiterates its need to obtain full, accurate and complete responses to its discovery requests.

The Court finds and concludes that Loreno has failed to provide full and complete discovery responses, as ordered. Accordingly, Loreno remains in civil contempt of court. To the extent that DEFENDANT LORENO'S REPORT UNDER ORDER OF NOVEMBER 20, 2014 (ECF No. 95) may be construed as a proper motion "that the contempt proceedings and post-judgment discovery proceedings be held in abeyance pending the result of these sale efforts," such motion is **DENIED**.

A bench warrant shall be issued for Loreno's arrest and imprisonment FORTHWITH and continuing until he has fully complied with his discovery obligations. Loreno may purge the civil contempt by providing full and complete responses to the discovery requests made by the government, as set forth in the government's status report (ECF No. 93). Counsel for the government shall advise the Court immediately when Loreno has become in full compliance with his discovery obligations. Attorney Bartholomew shall deliver this Memorandum Opinion and Order to Loreno FORTHWITH.

SO ORDERED this 8th day of December, 2014.

BY THE COURT:

s/ Terrence F. McVerry
United States District Judge

cc: **Geoffrey J. Klimas, Esquire**
Email: geoffrey.j.klimas@usdoj.gov

**Katherine Reinhart**
Email: Katherine.Reinhart@usdoj.gov

**P. Raymond Bartholomew, Esquire**
Email: bmvlaw@hotmail.com

**Kevin Rakowski, Esquire**
Email: krakowski@blankrome.com

**Thomas S. Kubinski, Esquire**
Email: tom@ksslawfirm.com

Gary L. Lawhead and Tina L. Gilpin
56 Wood Street
Franklin, PA 16323
**(Via US Mail)**